**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1685**

_____

ROBBIN LEGGETTE,

Plaintiff - Appellant,

versus

CRYSTAL MOORE, Corporal; JOY CUTLER,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Patrick Michael Duffy, District Judge. (CA-02-1635-4)

_____

Submitted: October 1, 2003          Decided: October 22, 2003

_____

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robbin Leggette, Appellant Pro Se. Douglas Charles Baxter, RICHARDSON, PLOWDEN, CARPENTER & ROBINSON, Myrtle Beach, South Carolina; William Henry Davidson, II, David Leon Morrison, Matthew Blaine Rosbrugh, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robbin Leggette appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Leggette v. Moore, No. CA-02-1635-4 (D.S.C. filed May 6, 2003 & entered May 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED